# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| ZEIGA GREEN #54806 | CIVIL ACTION NO. 23-cv-1360 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JULIAN WHITTINGTON ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Record Document 29) is granted in part as follows: (1) all claims against Julian Whittington, Linton Jacobs, and Anthony Evans are dismissed with prejudice and (2) all claims for denial of medical care are dismissed without prejudice due to failure to exhaust administrative remedies prior to bringing suit. **IT IS FURTHER ORDERED** that the motion is denied with respect to the excessive force claims against Sean Godfrey, Javarious Jones, John Carroll, and Jaime Figueroa.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 26th day of September, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE